IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02293-PSF-MEH

BRAND MANAGEMENT, INC., a Colorado corporation; and
SUCHI REDI, INC., a Colorado corporation,

      Plaintiffs,

v.

MARYLAND CASUALTY COMPANY, a Maryland corporation; and
ZURICH NORTH AMERICA SERVICES, an Illinois corporation,

      Defendants.

---

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

---

      This matter coming before the Court on Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint (Dkt. # 20), and the Court being fully advised in the premises,

      It is hereby ORDERED that the Motion is GRANTED.  The First Amended Complaint and Jury Demand tendered to the Court on May 15, 2006, shall be date stamped and deemed filed as of the date of this Order.  IT IS FURTHER ORDERED that responses to the First Amended Complaint and Jury Demand are to be filed in accordance with the local rules.

      DATED: May 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge