IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02293-PSF-MEH

BRAND MANAGEMENT, INC., a Colorado corporation; and
SUSHI REDI, INC., a Colorado corporation,

    Plaintiffs,

v.

MARYLAND CASUALTY COMPANY, a Maryland corporation; and
ZURICH NORTH AMERICA SERVICES, an Illinois corporation,

    Defendants.

## ORDER SETTING CASE FOR TRIAL

The above-captioned matter has been scheduled for a **seven-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **Monday, April 2, 2007 at 1:30 p.m.**

A Final Trial Preparation Conference is set for **Friday, March 23, 2007 at 9:00 am.** The parties are expected to be fully prepared for trial at that time. **Lead counsel who will try the case shall attend.**

DATED: November 14, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge