IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02293-PSF-MEH

BRAND MANAGEMENT, INC., a Colorado corporation
and SUSHI REDI, INC., a Colorado corporation,

      Plaintiffs,

v.

MARYLAND CASUALTY COMPANY, a Maryland corporation
and ZURICH NORTH AMERICA SERVICES, an Illinois corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 7, 2006.**

      The parties' Joint Motion to Amend Final Pretrial Order [Filed December 7, 2006; Docket #76] is **granted**. Exhibits are to be exchanged no later than January 12, 2007, and objections are to be served no later than January 26, 2007.