**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-02293-REB-MEH

SUSHI REDI, INC., a Colorado corporation,

    Plaintiff,

v.

MARYLAND CASUALTY COMPANY, a Maryland corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Dismissal of Maryland Casualty Company's Counterclaims With Prejudice Pursuant To Fed.R.Civ.P.41** [#94], filed September 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal of Maryland Casualty Company's Counterclaims With Prejudice Pursuant To Fed.R.Civ.P.41** [#94], filed September 13, 2007, is **APPROVED**;

    2. That any pending motion is **DENIED** as moot; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 13, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**